IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60065
Summary Calendar
_____

JOSE LEANDRO PALMA,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - - -

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A 74 298 293

- - - - - - - - - - -

February 22, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jose Leandro Palma appeals the decision of the Board of Immigration Appeals denying his application for asylum and withholding of deportation. Palma also seeks temporary refuge under customary international law.

After reviewing the record and the briefs of the parties, we find that substantial evidence supports the Board's decision that

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Palma is not eligible for asylum and withholding of deportation.

See Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996). Moreover, because Congress has enacted a comprehensive legislative scheme governing the admission of aliens into this country, Palma is not entitled to relief under customary international law.  See Gisbert v. U.S. Attorney General, 988 F.2d 1437, 1447 (5th Cir.), amended by, 997 F.2d 1122 (5th Cir. 1993); Bradvica v. INS, 128 F.3d 1009, 1014 n.5 (7th Cir. 1997); Galo-Garcia v. INS, 86 F.3d 916, 918 (9th Cir. 1996). Accordingly, Palma's petition for review is DENIED.